# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Merle West, et al.
Plaintiff,

v.  Case No.: 1:18−cv−00688−WES−LDA

General Electric Company, et al.
Defendant.

## CASE OPENING NOTICE − NOTICE OF REMOVAL FROM STATE COURT

The above−captioned case has been removed pursuant to 28 U.S.C. § 1441. The above case number and caption should be used on all papers subsequently submitted to this Court. Any motion pending with the state court at the time of the removal must be refiled with this Court for consideration.

Within 14 days after filing the notice of removal, the defendant(s) filing the notice of removal shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed.

It is the responsibility of the defendant(s) to ensure that the state court record is filed with the Court. The clerk of the state court will not electronically transmit the record until the defendant(s) provide written notice to all adverse parties and file a copy of such notice with the clerk of the state court in accordance with 28 U.S.C. § 1446(d).

Pursuant to LR Gen 201(b)(3), an attorney who is a member of the bar of the Rhode Island Supreme Court, and who represents a party in a case removed pursuant to 28 U.S.C. § 1441 *et seq* other than a party joining in the removal request, may appear and practice in this Court in that case, unless that attorney has been suspended or disbarred as a member of the bar of this Court.

Attorneys who are not members of the bar of this Court but who are permitted to appear and practice in this Court pursuant to the provisions of LR Gen 201(b)(3) must register as a Filing User and file documents electronically using the Court's Case Management/Electronic Case Files ("CM/ECF") system by completing the Electronic Filing Registration Form.

Dockets, opinions, rules forms, the court calendar and general notices can be obtained from the Courtr's website at www.rid.uscourts.gov. Parties should specifically review the notice(s) listed below:

 Notice of Electronic Availability of Case Information

 Notice to Counsel and *Pro Se* Litigants

If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

December 19, 2018                                          Hanorah Tyer−Witek, Clerk of Court

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Ryan Jackson 401−752−7213