UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MERLE C. WEST and** ) <br> **JANICE E. BRADFORD WEST,** ) <br>      **Plaintiffs,** ) <br> ) <br>   vs. ) <br> ) <br> **AIR & LIQUID SYSTEMS** ) <br> **CORPORATION, et al.,** ) <br>      **Defendants.** ) | C.A. No. **1:18-cv-00688-WES-LDA** |

## ENTRY OF APPEARANCE

Thomas W. Lyons hereby enters his appearance on behalf of Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse") in the above referenced matter.

                                                        */s/ Thomas W. Lyons*
                                                        Thomas W. Lyons        #2946
                                                        Strauss, Factor, Laing & Lyons
                                                        One Davol Square, Suite 305
                                                        Providence, RI 02903
                                                        (401) 456-0700

Date: December 19, 2018

## CERTIFICATION

I hereby certify that on December 19, 2018, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                        */s/ Thomas W. Lyons*