UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MERLE C. WEST and** <br> **JANICE E. BRADFORD WEST,** <br>         **Plaintiffs,** <br> <br>   vs. <br> <br> **AIR & LIQUID SYSTEMS** <br> **CORPORATION, et al.,** <br>         **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) **C.A. No. 1:18-cv-00688-WES-LDA** <br> ) <br> ) <br> ) <br> ) |

**DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 OF DEFENDANT CBS CORPORATION F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION**

Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation"), by and through the undersigned counsel, pursuant to F.R.C.P. 7.1, states that CBS Corporation is a publicly traded company. National Amusements, Inc. and its wholly-owned subsidiary, NAI Entertainment Holdings LLC, are privately-held companies, which, in the aggregate, own the majority of the voting stock of CBS Corporation. To CBS Corporation's knowledge, no publicly held corporation owns 10% or more of the voting stock of CBS Corporation.

        Respectfully submitted,

        */s/ Thomas W. Lyons*
        Thomas W. Lyons            #2946
        Strauss, Factor, Laing & Lyons
        One Davol Square, Suite 305
        Providence, RI  02903
        (401) 456-0700
        tlyons@straussfactor.com

Dated:  December 19, 2018

## **CERTIFICATION**

      I hereby certify that on December 19, 2018, a copy of foregoing was filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                   */s/  Thomas W. Lyons*