UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MERLE C. WEST and <br> JANICE E. BRADFORD WEST, his wife, <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 1:18-cv-00688 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Eaton Corporation, in the above-captioned case.

The Defendant,
EATON CORPORATION,
By its attorneys,

_/s/ David A. Goldman_
David A. Goldman, #7097
CMBG3 Law LLC
265 Franklin Street, 6th Floor
Boston, MA 02110
(617) 279-8200
dgoldman@cmbg3.com

Dated: December 21, 2018

## CERTIFICATE OF SERVICE

    I hereby certify that on December 21, 2018 a copy of the foregoing Corporate Disclosure Statement was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

_____
David A. Goldman